```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01404
   MICHAEL V TREVINO
   MARTHA L CHAVEZ                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-9950      SSN XXX-XX-6794


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/22/08 .

    2.  The case was converted to Chapter 7 without confirmation, 04/25/2008.

    3.  The Debtor paid a total of $   1800.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
OPTION ONE MORTGAGE CO    CURRENT MORTG         .00           .00             .00
OPTION ONE MORTGAGE CO    MORTGAGE ARRE   NOT FILED           .00             .00
OPTION ONE MORTGAGE CO    SECURED               .00           .00             .00
OPTION ONE MORTGAGE CO    MORTGAGE ARRE   NOT FILED           .00             .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC         .00           .00          322.17
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED           .00             .00
FIA CARD SERVICES         UNSECURED       NOT FILED           .00             .00
FIA CARD SERVICES         UNSECURED       NOT FILED           .00             .00
CCA                       UNSECURED       NOT FILED           .00             .00
CHASE BANK USA            UNSECURED       NOT FILED           .00             .00
DATASEARCH INC            UNSECURED       NOT FILED           .00             .00
DEPENDON COLLECTION SVC   UNSECURED       NOT FILED           .00             .00
DISCOVER BANK             UNSECURED       NOT FILED           .00             .00
GEMB                      UNSECURED       NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE    UNSECURED       NOT FILED           .00             .00
MRSI                      UNSECURED       NOT FILED           .00             .00
MRSI                      UNSECURED       NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00             .00
PREMIUM ASSET RECOVERY    UNSECURED       NOT FILED           .00             .00
PEOPLES CAS               UNSECURED       NOT FILED           .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
SAMS CLUB                 UNSECURED       NOT FILED           .00             .00
UNITED COLLECTIONS        UNSECURED       NOT FILED           .00             .00
WFNNB/HARLEM FURNITURE    UNSECURED       NOT FILED           .00             .00
WFNNB/HARLEM FURNITURE    UNSECURED       NOT FILED           .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY      UNSECURED       OTHER         TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00           .00          .00          .00          .00
PRINCIPAL PAID               322.17           .00          .00          .00       322.17
INTEREST PAID                   .00           .00          .00          .00          .00
TOTAL PAID                   322.17           .00          .00          .00       322.17
```

The Debtor's attorney, DEVONA & ASSOC                    , was allowed $   2500.00
and was paid $    726.00   direct and $    1373.44   through the plan.

The Trustee received $     104.39 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 08 B 01404 MICHAEL V TREVINO & MARTHA L CHAVEZ